1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs LANCE SHARP
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 LANCE SHARP, an individual; and           )   **CASE NO. 2:07-CV2750-WBS-DAD**
   DISABILITY RIGHTS, ENFORCEMENT,           )
11 EDUCATION, SERVICES:HELPING YOU)
   HELP OTHERS, a California public benefit  )   **STIPULATION AND [PROPOSED]**
12 corporation,                              )   **ORDER EXTENDING TIME FOR**
                                             )   **DEFENDANTS LORENZ SENIOR**
13         Plaintiffs,                       )   **HOUSING, INC., AND KARLINE NIVER**
                                             )   **TO RESPOND TO COMPLAINT**
14 v.                                        )
                                             )
15 DEJA VU; LORENZ SENIOR HOUSING )
   INC., a California corporation; WILLIAM   )
16 DEAN GALBRAITH and KARLINE                )
   GALBRAITH, a married partnership dba      )
17 DEJA VU                                   )
                                             )
18         Defendants.                       )
   _____)
19

20         Plaintiffs Lance Sharp and Disability Rights Enforcement, Education Services, through

21 their undersigned counsel, and defendants Lorenz Senior Housing, Inc., and Karline Niver

22 (erroneously sued herein as Karline Galbraith), through their undersigned counsel, stipulate as

23 follows:

24         1.    Defendants Lorenz Senior Housing, Inc., and Karline Niver, are granted an

25 extension of time to and including January 25, 2008, to answer or otherwise respond to

26 plaintiffs' complaint.

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
LORENZ SENIOR HOUSING, INC., AND KARLINE NIVER TO RESPOND TO COMPLAINT                    1

2. In the event defendants file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from notice of said motion.

3. Defendants' counsel further stipulates that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

Dated: December 26, 2007      THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*


                              By:    /s/ Jennifer L. Steneberg
                                     Jennifer L. Steneberg
                              Attorneys for Plaintiffs LANCE SHARP and
                              DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                              SERVICES

Dated: December 21, 2007      BRICKWOOD LAW OFFICE


                              By:    /s/ Gary C. Brickwood
                                     Gary C. Brickwood
                              Attorneys for Defendants LORENZ SENIOR HOUSING
                              INC., and KARLINE NIVER, dba DEJA VU

**ORDER**

IT IS SO ORDERED.

Dated: December 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE