1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs LANCE SHARP
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE SHARP, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>DEJA VU; LORENZ SENIOR HOUSING INC., a California corporation; WILLIAM DEAN GALBRAITH and KARLINE GALBRAITH, a married partnership dba DEJA VU<br><br>    Defendants. | **CASE NO. 2:07-CV2750-WBS-DAD**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: October 15th, 2008          THOMAS E. FRANKOVICH,
                                      *A PROFESSIONAL LAW CORPORATION*

                                      By: /s/ Thomas E. Frankovich
                                          Thomas E. Frankovich
                                      Attorney for Plaintiffs LANCE SHARP and
                                      DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                      SERVICES: HELPING YOU HELP OTHERS, a
                                      California public benefit corporation

14 Dated: October 21, 2008            BRICKWOOD LAW OFFICE,

                                      By: /s/ Gary Brickwood
                                          Gary Brickwood
                                      Attorney for Defendants ERIC NIVER and
                                      KARLINE NIVER, dba DEJA VU

19 Dated: October 21, 2008            LEWIS BRISBOIS BISGAARD & SMITH LLP,

                                      By: /s/ Matthew C. Miller
                                          Matthew C. Miller
                                      Attorney for Defendant LORENZ SENIOR
                                      HOUSING, INC.

24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  ///

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED:  October 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-3-